■ ALAN E. SLEEMAN, SR., as Administrator of the Estate of PATRICK S. SLEEMAN, Deceased, Respondent, v MARTIN J. REIFENSTEIN, Appellant. — Judgment unanimously modified in accordance with memorandum, and as modified, affirmed, with costs to plaintiff. Memorandum: The verdicts in this action for wrongful death and conscious pain and suffering are not excessive. The jury's finding that plaintiff's damages should be reduced by $5,000 because of decedent's failure to have used a seat belt must be applied solely in reduction of the verdict for conscious pain and suffering. The judgment must be modified to provide for prejudgment interest on the wrongful death verdict only and not upon the verdict for conscious pain and suffering. (Appeal from judgment of Supreme Court, Monroe County, Patlow, J. — wrongful death.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Boomer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v MICHAEL J. ROSSETTI, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J. — burglary, third degree.) Present — Simons, J. P., Hancock, Jr., Callahan, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SCHLOSSER, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J. — robbery, first degree.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER FARROW, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J. — rape, first degree.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.